CSD 1100 [03/04/13]

Name, Address, Telephone No. & I.D. No.
**RUBEN F. ARIZMENDI**
**110 WEST C STREET, SUITE 707**
**SAN DIEGO, CA 92101**
**619-231-0460**
**SBN: 151182**

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Live Oak Holding, LLC**

BANKRUPTCY NO. **13-11672LT11**

Debtor.

## AMENDMENT

Presented herewith are the original and one conformed copy of the following [Check one or more boxes as appropriate]:

- [ ] Petition
- [ ] Exhibit A to Voluntary Petition
- [ ] Exhibit C to Voluntary Petition
- [ ] Exhibit D - Individual Statement of Compliance with Credit Counseling
- [ ] Summary of Schedules
- [ ] Statistical Summary of Certain Liabilities and Related Data
- [x] Schedule A & B - Schedule of Real or Personal Property
- [ ] Schedule C - Schedule of Property Claimed Exempt
- [ ] Schedule D, E, or F, and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
    - [ ] Adding or deleting creditors (diskette required), changing amounts owed or classification of debt - $30.00 fee required. See instructions on reverse side.
    - [ ] Correcting or deleting other information. See instructions on reverse side.
- [ ] Schedule G - Schedule of Executory Contracts & Expired Leases
- [ ] Schedule H - Schedule of Co-Debtor
- [ ] Schedule I - Current Income of Individual Debtor(s)
- [ ] Schedule J - Current Expenditure of Individual Debtor(s)
- [x] Statement of Financial Affairs
- [ ] Statement of Current Monthly Income and Means Test Calculation (Form B22A)
- [ ] Statement of Current Monthly Income (Form B22B)
- [ ] Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income (Form B22C)
- [x] Other: __List of Equity Security Holders__

Dated: **January 22, 2014**     Signature  **/s/ RUBEN F. ARIZMENDI**
                                             Attorney for Debtor

### DECLARATION OF DEBTOR

I [We] __**NAZAR NAJOR**__ and ____, the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of __ pages, and on the creditor matrix diskette, if any, is true and correct to the best of my [our] information and belief.

Dated: **January 22, 2014**     **/s/ NAZAR NAJOR**
                                  Debtor                                           Joint Debtor

CSD 1100                                                          **REFER TO INSTRUCTIONS ON REVERSE SIDE**

CSD 1100 (Page 2) [03/04/13]

## INSTRUCTIONS

A. Each amended page is to be in the same form as the original but is to contain ONLY THE INFORMATION TO BE CHANGED OR ADDED. Pages from the original document which are not affected by the change are not to be attached.
   1. Before each entry, specify the purpose of the amendment by inserting:
      a. "ADDED," if the information was missing from the previous document filed; or
      b. "CORRECTED," if the information modifies previously listed information; or
      c. "DELETED," if previously listed information is to be removed.
   2. At the bottom of each page, insert the word "AMENDED."
   3. Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case*, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee. *If a Chapter 13 case*, serve a copy on the trustee; DO NOT serve a copy on the United States Trustee.
B. Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (diskette required when Amendment submitted on paper) or if altering the status or amount of a claim.

**AMENDMENTS THAT FAIL TO FOLLOW THESE INSTRUCTIONS MAY BE REFUSED**
**\*\* AMENDMENTS FILED AFTER THE CASE IS CLOSED ARE NOT ENTITLED TO A REFUND OF FEES \*\***

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on **January 22, 2014**, I served a true copy of the within AMENDMENT by [describe here mode of service]

**Served electronically as stated below**

on the following persons [set forth name and address of each person served] and/or as checked below:

☐ Chpt. 7 Trustee:

Rodney Lorang on behalf of Interested Party County of San Diego, Department of Environmental Health:

rodney.lorang@sdcounty.ca.gov, linda.simmons@sdcounty.ca.gov

Kristin Mihelic on behalf of United States Trustee; Kristin.T.Mihelic@usdoj.gov, Tiffany.L.Carroll@usdoj.gov;ustp.region15@usdoj.gov

Recovery Management Systems Corporation; claims@recoverycorp.com

United States Trustee; ustp.region15@usdoj.gov

Dennis J. Wickham on behalf of Creditor City National Bank; wickham@scmv.com, nazari@scmv.com

☒ For Chpt. 7, 11, & 12 cases:
UNITED STATES TRUSTEE
Department of Justice
402 West Broadway, Suite 600
San Diego, CA 92101

☐ For ODD numbered Chapter 13 cases:
THOMAS H. BILLINGSLEA, JR., TRUSTEE
530 "B" Street, Suite 1500
San Diego, CA 92101

☐ For EVEN numbered Chapter 13 cases:
DAVID L. SKELTON, TRUSTEE
525 "B" Street, Suite 1430
San Diego, CA 92101-4507

I certify under penalty of perjury that the foregoing is true and correct.

Executed on **January 22, 2014**
              (Date)

/s/ RUBEN F. ARIZMENDI
**RUBEN F. ARIZMENDI**
**ARIZMENDI LAW FIRM**
**110 WEST C STREET, SUITE 707**
**SAN DIEGO, CA 92101**
Address

CSD 1100

B6A (Official Form 6A) (12/07)

In re   **Live Oak Holding, LLC**  ,    Case No. **13-11672**
                            Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **37820 Old Highway 80 Boulevard, CA 91905 Parcel D; approximately 27 acres (LAND USED FOR WATER COMPANY ONLY)** | **Public Utility** | - | **270,000.00** | **0.00** |
| **37820 Old Highway 80 Boulevard, CA 91905 approximately 115 acres (Does NOT include land used for market/gas station OR water company)** | **Various businesses** | - | **3,015,000.00** | **1,875,000.00** |
| **37820 Old Highway 80 Boulevard, CA 91905 (1.1 acre; separate parcel) (This land is for the market and gas station ONLY)** | **Business** | - | **575,000.00** | **0.00** |

                                                  Sub-Total >   **3,860,000.00**   (Total of this page)

                                                       Total >   **3,860,000.00**

**0**  continuation sheets attached to the Schedule of Real Property           (Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07) - Cont.

In re **Live Oak Holding, LLC**, Case No. **13-11672**
                                        Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | ADDED: **Interest in Water Company** | - | **330,000.00** |
| | | **Interest in various businesses held by Debtor; The values of these businesses are impossible to ascertain at this time because they have been closed by the receiver. If they were fully operational, they would have substantial value.** | - | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | | | |
| 16. Accounts receivable. | | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | | | |

Sub-Total >   **330,000.00**
(Total of this page)

Sheet **1** of **2** continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    AMENDED    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Live Oak Holding, LLC**, Debtor                     Case No. __**13-11672**__

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | ADDED:<br>**Liquor license** | - | 55,000.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | | | |
| 26. Boats, motors, and accessories. | | | | |
| 27. Aircraft and accessories. | | | | |
| 28. Office equipment, furnishings, and supplies. | | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | | | |
| 30. Inventory. | | | | |
| 31. Animals. | | | | |
| 32. Crops - growing or harvested. Give particulars. | | | | |
| 33. Farming equipment and implements. | | | | |
| 34. Farm supplies, chemicals, and feed. | | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 55,000.00 |
| Total > | 385,000.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Southern District of California

In re    **Live Oak Holding, LLC**    Case No.    **13-11672**
Debtor(s)    Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

### 1. Income from employment or operation of business

None ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMENDED

| AMOUNT | SOURCE |
|---|---|
| $115,947.00 | 2013: Live Oak Springs Water Company (only) |
| $481,265.00 | 2012: Business Income |
| $600,425.00 | 2011: Business Income |

### 2. Income other than from employment or operation of business

None ■    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT    SOURCE

B7 (Official Form 7) (04/13)
7

| NAME | ADDRESS |
|---|---|
| Calsur Management & Realty | 4770 Clairemont Mesa Blvd.<br>San Diego, CA 92117 |

☐ None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| California Public Utilities Commission<br>505 Van Ness Avenue<br>San Francisco, CA | 04/30/2013 |

### 20. Inventories

☐ None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| June of 2012 | Matthew Semmer, Court appointed Receiver | Unknown |

☐ None    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| June of 2012 | Matthew Semmer, Court appointed Receiver |

### 21 . Current Partners, Officers, Directors and Shareholders

■ None    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

☐ None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

AMENDED

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Ramsey Najor<br>13045 Newport Street<br>Hesperia, CA 92344 | Member | 35% |
| Nazar E. Najor<br>PO Box 1241<br>Boulevard, CA 91905 | Member | 40% |
| Daniel Najor<br>1625 Highland Avenue<br>Solana Beach, CA 92075 | Member | 25% |

### 22 . Former partners, officers, directors and shareholders

■ None    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

# United States Bankruptcy Court
## Southern District of California

In re: **Live Oak Holding, LLC**, Debtor

Case No. **13-11672**
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Daniel Najor**<br>1625 Highland Cove<br>Solana Beach, CA 92075 | No class distinction | 25% | LLC manager |
| **Nazar E. Najor**<br>37715 Royal Oak Place<br>Boulevard, CA 91905 | No class distinction | 40% | LLC manager |
| **Ramsey Najor**<br>13045 Newport Street<br>Hesperia, CA 92344-3824 | No class distinction | 35 | LLC member |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the MEMBER of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **January 22, 2014**

Signature **/s/ NAZAR NAJOR**
NAZAR NAJOR
MEMBER

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders