**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE:<br><br>Live Oak Holding, LLC<br>Live Oak Enterprises, LLC dba Live Oak Springs Water Company<br>Live Oak Springs Resort | **CHAPTER 11 (BUSINESS)**<br>**CASE NO. 13-11672-LT11**<br>OPERATING REPORT NO.  __41__ <sup>(1)</sup><br>FOR THE MONTH ENDING  __August 31, 2017__ |

1. TOTAL RECEIPTS PER ALL PRIOR RECEIVER'S CHECKING ACCOUNT #1 REPORTS    $    54,007.28

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR RECEIVER'S CHECKING ACCOUNT #1 REPORTS    $    54,007.28

3. BEGINNING BALANCE    $    -

4. RECEIPTS DURING CURRENT PERIOD
      RECEIPTS    $    -

        TOTAL RECEIPTS THIS PERIOD:    $    -

5. BALANCE    $    -

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
      DISBURSEMENTS    $    -

        TOTAL DISBURSEMENTS THIS PERIOD:    $    -

7. ENDING BALANCE    $    -

8. RECEIVER'S CHECKING ACCOUNT #1 NUMBER ***8448 (ACCOUNT CLOSED IN MARCH 2014)
      WELLS FARGO BANK, N.A.
      P.O. BOX 6995
      PORTLAND, OR 97228-6995

---

<sup>(1)</sup> This is the forty-first operating report filed in this case by the chapter 11 trustee ("Trustee"). The Trustee in this case was appointed on January 30, 2014. The Debtor's petition was filed on December 3, 2013. This report details activity for Live Oak Holding, LLC, Live Oak Enterprises, LLC dba Live Oak Springs Water Company and Live Oak Springs Resort (collectively the "Debtor"). A receiver appointed by the Superior Court of California in May 2012 was in place through the appointment of the bankruptcy Trustee. In March 2014, following finalization of the appointment of the Trustee, the court appointed receiver turned over property of the bankruptcy estate which had been under his control.

**I. CASH RECEIPTS AND DISBURSEMENTS (continued)**
**B.  RECEIVER'S PETTY CASH ACCOUNT #2**

1. TOTAL RECEIPTS PER ALL PRIOR RECEIVER'S PETTY CASH ACCOUNT #2 REPORTS ....................... $    868.71

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR RECEIVER'S PETTY CASH ACCOUNT #2 REPORTS .... $    868.71

3. BEGINNING BALANCE ....................... $    -

4.  RECEIPTS DURING CURRENT PERIOD
      RECEIPTS                                                                                $    -

                                                        TOTAL RECEIPTS THIS PERIOD:    $    -

5. BALANCE:                                                                                   $    -

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
      DISBURSEMENTS                                                                          $    -

                                                  TOTAL DISBURSEMENTS THIS PERIOD:    $    -

7.  ENDING BALANCE                                                                          $    -

8.   RECEIVER'S PETTY CASH ACCOUNT #2 NUMBER ***6228  (ACCOUNT CLOSED IN FEBRUARY 2014)
        WELLS FARGO BANK, N.A.
        P.O. BOX 6995
        PORTLAND, OR 97228-6995

**I. CASH RECEIPTS AND DISBURSEMENTS (continued)**
**C.  RECEIVER'S SAVINGS ACCOUNT #3**

| | | |
|---|---|---|
| 1.  TOTAL RECEIPTS PER ALL PRIOR RECEIVER'S SAVINGS ACCOUNT #3 REPORTS | $ | 494.04 |
| 2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR RECEIVER'S SAVINGS ACCOUNT #3 REPORTS | $ | 494.04 |
| 3.  BEGINNING BALANCE | $ | - |
| 4.  RECEIPTS DURING CURRENT PERIOD | | |
|     RECEIPTS    $    - | | |
|     TOTAL RECEIPTS THIS PERIOD: | $ | - |
| 5.  BALANCE | $ | - |
| 6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD | | |
|     DISBURSEMENTS    $    - | | |
|     TOTAL DISBURSEMENTS THIS PERIOD: | $ | - |
| 7.  ENDING BALANCE | $ | - |

8.   RECEIVER'S SAVINGS ACCOUNT #3 NUMBER ***6002  (ACCOUNT CLOSED IN FEBRUARY 2014)
    WELLS FARGO BANK, N.A.
    P.O. BOX 6995
    PORTLAND, OR 97228-6995

**I. CASH RECEIPTS AND DISBURSEMENTS (continued)**
**D.  CHECKING ACCOUNT #4 (WATER COMPANY GENERAL "OLD")**

1. TOTAL RECEIPTS PER ALL PRIOR CHECKING ACCOUNT #4 REPORTS                              $       1,265.82
   (Total receipts includes negative opening balance for account as reflected on the December 2013 operating report)

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR CHECKING ACCOUNT #4 REPORTS                 $       1,265.82

3. BEGINNING BALANCE                                                                     $            -

4. RECEIPTS DURING CURRENT PERIOD
   RECEIPTS                                                          $            -

                                                    TOTAL RECEIPTS THIS PERIOD:          $            -

5. BALANCE                                                                               $            -

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   DISBURSEMENTS                                                     $            -

                                                TOTAL DISBURSEMENTS THIS PERIOD:         $            -

7. ENDING BALANCE                                                                        $            -

8. CHECKING ACCOUNT #4 (WATER COMPANY GENERAL "OLD") NUMBER ***2458 (ACCOUNT CLOSED IN JANUARY 2014)
   US BANK
   P.O. BOX 1800
   SAINT PAUL, MN 55101-0800

**I. CASH RECEIPTS AND DISBURSEMENTS (continued)**
**E. CHECKING ACCOUNT #5 (WATER COMPANY GENERAL)**

| | | |
|---|---|---|
| 1. TOTAL RECEIPTS PER ALL PRIOR CHECKING ACCOUNT #5 REPORTS | $ | 14,811.92 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR CHECKING ACCOUNT #5 REPORTS | $ | 14,811.92 |
| 3. BEGINNING BALANCE | $ | - |

4. RECEIPTS DURING CURRENT PERIOD
   RECEIPTS                                                                $            -

                                                   TOTAL RECEIPTS THIS PERIOD:    $            -

5. BALANCE                                                                        $            -

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   BANK CLOSING TRANSFER                                                  $            -

                                              TOTAL DISBURSEMENTS THIS PERIOD:    $            -

7. ENDING BALANCE                                                                $            -

8. WATER COMPANY GENERAL CHECKING ACCOUNT #5 NUMBER ***6280 (ACCOUNT CLOSED IN JUNE 2014)
   US BANK
   P.O. BOX 1800
   SAINT PAUL, MN 55101-0800

**I. CASH RECEIPTS AND DISBURSEMENTS (continued)**
**F. CHECKING ACCOUNT #6 (WATER COMPANY PAYROLL)**

| | | |
|---|---|---|
| 1. TOTAL RECEIPTS PER ALL PRIOR CHECKING ACCOUNT #6 REPORTS | $ | 14,844.73 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR CHECKING ACCOUNT #6 REPORTS | $ | 14,844.73 |
| 3. BEGINNING BALANCE | $ | - |

4. RECEIPTS DURING CURRENT PERIOD
   RECEIPTS                                              $      -

                            TOTAL RECEIPTS THIS PERIOD:   $      -

5. BALANCE   $      -

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   BANK CLOSING TRANSFER   $      -

                         TOTAL DISBURSEMENTS THIS PERIOD:   $      -

7. ENDING BALANCE   $      -

8. WATER COMPANY PAYROLL CHECKING ACCOUNT #6 NUMBER ***6298 (ACCOUNT CLOSED IN JUNE 2014)
   US BANK
   P.O. BOX 1800
   SAINT PAUL, MN 55101-0800

**I. CASH RECEIPTS AND DISBURSEMENTS (continued)**
**G. CHECKING ACCOUNT #7 (RESORT BROKER TRUST)**

| | | |
|---|---|---|
| 1. TOTAL RECEIPTS PER ALL PRIOR CHECKING ACCOUNT #7 REPORTS | $ | 189,652.07 |
| 2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR CHECKING ACCOUNT #7 REPORTS | $ | 189,652.07 |
| 3. BEGINNING BALANCE | $ | - |

4. RECEIPTS DURING CURRENT PERIOD

| | | |
|---|---|---|
| RECEIPTS - OPERATIONS - STORE RENT/MOBILE HOME PARK INCOME | $ | - |
| REIMBURSEMENT FROM WATER COMPANY FOR PAYROLL AND RELATED FEES | $ | - |
| REFUND FROM VENDOR OVERPAYMENT | $ | - |
| ADVANCE FROM MANAGEMENT COMPANY FOR OPERATING EXPENSES | $ | - |
| TRANSFER FROM TRUSTEE'S MONEY MARKET ACCOUNT #10 | | |
| (WATER COMPANY SEGREGATED ACCOUNT) | $ | - |
| TOTAL RECEIPTS THIS PERIOD: | $ | - |

| | | |
|---|---|---|
| 5. BALANCE | $ | - |

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | | |
|---|---|---|
| DISBURSEMENTS | $ | - |
| TOTAL DISBURSEMENTS THIS PERIOD: | $ | - |

| | | |
|---|---|---|
| 7. ENDING BALANCE | $ | - |

8. CHECKING ACCOUNT #7 (RESORT BROKER TRUST) NUMBER ***8859 (ACCOUNT CLOSED IN DECEMBER 2016)
    SEACOAST COMMERCE BANK
    378 3RD AVENUE, SUITE 101
    CHULA VISTA, CA 91910

### I. CASH RECEIPTS AND DISBURSEMENTS (continued)
### H.  TRUSTEE'S CHECKING ACCOUNT #8 (WATER COMPANY)

| | | |
|---|---|---:|
| 1. TOTAL RECEIPTS PER ALL PRIOR CHECKING ACCOUNT #8 REPORTS | $ | 445,902.88 |
| 2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR CHECKING ACCOUNT #8 REPORTS | $ | 436,474.00 |
| 3. BEGINNING BALANCE | $ | 9,428.88 |

4. RECEIPTS DURING CURRENT PERIOD

| | | |
|---|---|---:|
| RECEIPTS - OPERATIONS - CUSTOMER SALES | $ | 10,882.11 |
| DEPOSITS RETURNED AS NSF/INSUFFICIENT FUNDS (ADJUSTMENT TO PRIOR RECEIPTS) | $ | - |
| TRANSFER FROM TRUSTEE'S MONEY MARKET ACCOUNT #10 | | |
| (WATER COMPANY SEGREGATED ACCOUNT) | $ | - |
| TRANSFER FROM TRUSTEE'S  CHECKING ACCOUNT #12 (RESORT SALE ACCOUNT) | $ | - |
| EXPENSE REFUNDS | $ | - |
| TOTAL RECEIPTS THIS PERIOD: | $ | 10,882.11 |

| | | |
|---|---|---:|
| 5. BALANCE | $ | 20,310.99 |

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | | |
|---|---|---:|
| DISBURSEMENTS | $ | 11,167.82 |
| REIMBURSE RESORT BROKER TRUST ACCOUNT FOR PAYROLL AND RELATED FEES | $ | - |
| TRANSFER TO TRUSTEE'S MONEY MARKET ACCOUNT #10 | | |
| (WATER COMPANY SEGREGATED ACCOUNT) | $ | - |
| TRANSFER TO TRUSTEE'S  CHECKING ACCOUNT #11 (WATER COMPANY PAYROLL/TAX) | $ | 5,948.05 |
| BANK CHARGES | $ | - |
| TOTAL DISBURSEMENTS THIS PERIOD: | $ | 17,115.87 |

| | | |
|---|---|---:|
| 7. ENDING BALANCE | $ | 3,195.12 |

8. TRUSTEE'S CHECKING ACCOUNT #8 (WATER COMPANY) NUMBER ***4531
   CALIFORNIA BANK & TRUST
   P.O. BOX 489
   LAWNDALE, CA 90260-0489

**In re: Live Oak Holding, LLC**

**Trustee's Checking Account #8 (Water Company)**

**August 31, 2017**

### TOTAL DISBURSEMENTS FROM TRUSTEE'S CHECKING ACCOUNT #8
### (WATER COMPANY) FOR CURRENT PERIOD
#### See attached Exhibit A for Bank Account Reconciliation and Bank Statements

| Date | Check# | Payee | Purpose | Amount |
|------|--------|-------|---------|--------|
| 08/01/17 | 636 | Lauren Najor | Rent (August 2017) | $ 350.00 |
| 08/01/17 | 637 | Lauren Najor | Tenant expenses | 436.00 |
| 08/01/17 | 638 | Nazar Najor | Reimbursement - fuel | 284.97 |
| 08/02/17 | 639 | T-Mobile | Cellular telephone | 30.00 |
| 08/07/17 | 640 | State Compensation Insurance Fund | Insurance | 503.00 |
| 08/11/17 | 641 | Water Treatment Services | Water testing/ certification fees | 774.38 |
| 08/11/17 | 642 | T-Mobile | Cellular telephone | 131.29 |
| 08/17/17 | 643 | Nazar Najor | Reimbursement - fuel | 253.54 |
| 08/18/17 | 644 | Clinical Laboratory of San Bernardino, Inc. | Water testing/ certification fees | 170.00 |
| 08/21/17 | 645 | Nazar Najor | Reimbursement - vehicle purchase and registration | 5,850.82 |
| 08/22/17 | 646 | Ferguson Waterworks | Water testing/ certification fees | 533.34 |
| 08/22/17 | 647 | San Diego Gas & Electric | Utilities | 334.34 |
| 08/22/17 | 648 | San Diego Gas & Electric | Utilities | 58.75 |
| 08/22/17 | 649 | San Diego Gas & Electric | Utilities | 7.00 |
| 08/24/17 | 650 | Clinical Laboratory of San Bernardino, Inc. | Water testing/ certification fees | 120.00 |
| 08/25/17 | 651 | Nazar Najor | Reimbursement- office supplies/misc. expenses | 807.36 |
| 08/28/17 | 652 | Ferguson Waterworks | Water testing/ certification fees | 216.06 |
| 08/30/17 | 653 | Republic Services | Utilities | 306.97 |
| | | **Total Disbursements** | | $ 11,167.82 |

**I. CASH RECEIPTS AND DISBURSEMENTS (continued)**
**I. TRUSTEE'S CHECKING ACCOUNT #9 (WATER COMPANY PAYROLL/TAX)**

| | | |
|---|---|---:|
| 1. TOTAL RECEIPTS PER ALL PRIOR CHECKING ACCOUNT #9 REPORTS | $ | 7,694.89 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR CHECKING ACCOUNT #9 REPORTS | $ | 7,694.89 |
| 3. BEGINNING BALANCE | $ | - |

4. RECEIPTS DURING CURRENT PERIOD
    RECEIPTS    $    -

                                      TOTAL RECEIPTS THIS PERIOD:    $    -

5. BALANCE:    $    -

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    DISBURSEMENTS    $    -

                                    TOTAL DISBURSEMENTS THIS PERIOD:    $    -

7. ENDING BALANCE:    $    -

8. TRUSTEE'S CHECKING ACCOUNT #9 (WATER COMPANY PAYROLL/TAX) NUMBER ***4611 (ACCOUNT CLOSED MAY 2015)
    CALIFORNIA BANK & TRUST
    P.O. BOX 489
    LAWNDALE, CA 90260-0489

## I. CASH RECEIPTS AND DISBURSEMENTS (continued)
### J.  TRUSTEE'S MONEY MARKET ACCOUNT #10 (WATER COMPANY SEGREGATED ACCOUNT)

| | | |
|---|---|---|
| 1.  TOTAL RECEIPTS PER ALL PRIOR CHECKING ACCOUNT #10 REPORTS | $ | 245,087.40 |
| 2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR CHECKING ACCOUNT #10 REPORTS | $ | 226,641.32 |
| 3.  BEGINNING BALANCE | $ | 18,446.08 |

4. RECEIPTS DURING CURRENT PERIOD

| | | | | |
|---|---|---|---|---|
| BANK INTEREST | $ | 1.25 | | |
| PROCEEDS FROM SALE OF LIQUOR LICENSE | $ | - | | |
| TRANSFER FROM TRUSTEE'S CHECKING ACCOUNT #8 (WATER COMPANY) | $ | - | | |
| TOTAL RECEIPTS THIS PERIOD: | | | $ | 1.25 |
| 5.  BALANCE: | | | $ | 18,447.33 |

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | | | | |
|---|---|---|---|---|
| DISBURSEMENTS | $ | - | | |
| TRANSFER TO CHECKING ACCOUNT #7 (RESORT BROKER TRUST) | $ | - | | |
| TRANSFER TO TRUSTEE'S CHECKING ACCOUNT #8 (WATER COMPANY) | $ | - | | |
| TRANSFER TO TRUSTEE'S CHECKING ACCOUNT #11 (WATER COMPANY PAYROLL/TAX) | $ | - | | |
| TOTAL DISBURSEMENTS THIS PERIOD: | | | $ | - |
| 7.  ENDING BALANCE: | | | $ | 18,447.33 |

8. TRUSTEE'S MONEY MARKET ACCOUNT #10 (WATER COMPANY SEGREGATED ACCOUNT) NUMBER ***0269
   CALIFORNIA BANK & TRUST
   P.O. BOX 489
   LAWNDALE, CA 90260-0489

In re: Live Oak Holding, LLC
Trustee's Money Market Account #10 (Water Company Segregated Account)
August 31, 2017

**TOTAL DISBURSEMENTS FROM TRUSTEE'S MONEY MARKET ACCOUNT #10**
**(WATER COMPANY SEGREGATED ACCOUNT) FOR CURRENT PERIOD**
See attached Exhibit B for Bank Account Reconciliation and Bank Statements

| Date | Check# | Payee | Purpose | Amount |
|------|--------|-------|---------|--------|
| | | | | |
| | **Total Disbursements** | | | $        - |

### I. CASH RECEIPTS AND DISBURSEMENTS (continued)
### K.  TRUSTEE'S CHECKING ACCOUNT #11 (WATER COMPANY PAYROLL/TAX)

| | | |
|---|---|---:|
| 1.  TOTAL RECEIPTS PER ALL PRIOR CHECKING ACCOUNT #11 REPORTS | $ | 67,160.60 |
| 2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR CHECKING ACCOUNT #11 REPORTS | $ | 66,188.83 |
| 3.  BEGINNING BALANCE | $ | 971.77 |

4.  RECEIPTS DURING CURRENT PERIOD

| | | | | |
|---|---:|---:|---|---:|
| RECEIPTS | $ | - | | |
| VOIDED PRIOR DIBURSEMENTS | $ | - | | |
| TRANSFER FROM TRUSTEE'S CHECKING ACCOUNT #8 (WATER COMPANY) | $ | 5,948.05 | | |
| TRANSFER FROM TRUSTEE'S CHECKING ACCOUNT #10 | | | | |
| (WATER COMPANY SEGREGATED ACCOUNT) | $ | - | | |
| TOTAL RECEIPTS THIS PERIOD: | | | $ | 5,948.05 |

| | | |
|---|---|---:|
| 5.  BALANCE: | $ | 6,919.82 |

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | | | | |
|---|---:|---:|---|---:|
| DISBURSEMENTS | $ | 3,872.39 | | |
| TRANSFER TO CHECKING ACCOUNT #7 (RESORT BROKER TRUST) | $ | - | | |
| BANK FEES | $ | 10.00 | | |
| TOTAL DISBURSEMENTS THIS PERIOD: | | | $ | 3,882.39 |

| | | |
|---|---|---:|
| 7.  ENDING BALANCE: | $ | 3,037.43 |

8.  TRUSTEE'S CHECKING ACCOUNT #11 (WATER COMPANY PAYROLL/TAX) NUMBER ***0734
CALIFORNIA BANK & TRUST
P.O. BOX 489
LAWNDALE, CA 90260-0489

In re: Live Oak Holding, LLC
**Trustee's Checking Account #11 (Water Company Payroll/Tax)**
**August 31, 2017**

**TOTAL DISBURSEMENTS FROM TRUSTEE'S CHECKING ACCOUNT #11**
**(WATER COMPANY PAYROLL/TAX) FOR CURRENT PERIOD**
**See attached Exhibit C for Bank Account Reconciliation and Bank Statements**

| Date | Check# | Payee | Purpose | Amount |
|------|--------|-------|---------|--------|
| 08/02/17 | 50112 | Robert J. Helton | Payroll for period end 07/31/17 | $    1,315.10 |
| 08/02/17 | 50113 | Lauren Najor | Payroll for period end 07/31/17 | 402.38 |
| 08/02/17 | EFT | CBS Payroll Service, Inc. | Payroll expenses | 29.83 |
| 08/15/17 | EFT | EDD | Payroll taxes | 59.82 |
| 08/15/17 | EFT | IRS | Payroll taxes | 703.10 |
| 08/17/17 | 50114 | Robert J. Helton | Payroll for period end 08/15/17 | 929.95 |
| 08/17/17 | 50115 | Lauren Najor | Payroll for period end 08/15/17 | 402.38 |
| 08/17/17 | EFT | CBS Payroll Service, Inc. | Payroll expenses | 29.83 |
| | **Total Disbursements** | | | $    3,872.39 |

**I. CASH RECEIPTS AND DISBURSEMENTS (continued)**
**L.  TRUSTEE'S CHECKING ACCOUNT #12 (RESORT SALE ACCOUNT)**

| | | |
|---|---|---|
| 1.  TOTAL RECEIPTS PER ALL PRIOR CHECKING ACCOUNT #12 REPORTS | $ | 100,811.32 |
| 2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR CHECKING ACCOUNT #12 REPORTS | $ | 100,811.32 |
| 3.  BEGINNING BALANCE | $ | - |

4. RECEIPTS DURING CURRENT PERIOD

| | | |
|---|---|---|
| RECEIPTS | $ | - |
| INSURANCE REFUND | $ | - |
| DEPOSIT ON SALE OF REAL PROPERTY | $ | - |

| | | |
|---|---|---|
| TOTAL RECEIPTS THIS PERIOD: | $ | - |
| 5.  BALANCE: | $ | - |

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | | |
|---|---|---|
| DISBURSEMENTS | $ | - |
| TRANSFER TO TRUSTEE'S CHECKING ACCOUNT #8 (WATER COMPANY) | $ | - |
| BANK FEES | $ | - |

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS THIS PERIOD: | $ | - |
| 7.  ENDING BALANCE: | $ | - |

8. TRUSTEE'S CHECKING #12 (RESORT SALE ACCOUNT) NUMBER ***6406 (ACCOUNT CLOSED IN MARCH 2017)
   CALIFORNIA BANK & TRUST
   P.O. BOX 489
   LAWNDALE, CA 90260-0489

**I. CASH RECEIPTS AND DISBURSEMENTS (continued)**
**M.  SUMMARY SCHEDULE OF CASH**

ENDING BALANCE FOR PERIOD:

| | | | |
|---|---|---|---|
| A. | RECEIVER'S CHECKING ACCOUNT #1 (CLOSED) | $ | - |
| B. | RECEIVER'S PETTY CASH ACCOUNT #2 (CLOSED) | $ | - |
| C. | RECEIVER'S SAVINGS ACCOUNT #3 (CLOSED) | $ | - |
| D. | WATER COMPANY'S "OLD" GENERAL CHECKING ACCOUNT #4 (CLOSED) | $ | - |
| E. | WATER COMPANY'S GENERAL CHECKING ACCOUNT #5 | $ | - |
| F. | WATER COMPANY'S PAYROLL CHECKING ACCOUNT #6 | $ | - |
| G. | CHECKING ACCOUNT #7 (RESORT BROKER TRUST) | $ | - |
| H. | TRUSTEE'S CHECKING ACCOUNT #8 (WATER COMPANY) | $ | 3,195.12 |
| I. | TRUSTEE'S CHECKING ACCOUNT #9 (WATER COMPANY PAYROLL) | $ | - |
| J. | TRUSTEE'S MONEY MARKET ACCOUNT #10 (WATER COMPANY SEGREGATED ACCOUNT) | $ | 18,447.33 |
| K. | TRUSTEE'S CHECKING ACCOUNT #11 (WATER COMPANY PAYROLL) | $ | 3,037.43 |
| L. | TRUSTEE'S CHECKING ACCOUNT #12 (CLOSED) | $ | - |

TOTAL CASH AVAILABLE @ 08/31/17                                                  $   24,679.88

## II.  STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS, AND OTHER PARTIES TO EXECUTORY CONTRACTS

| CREDITOR, LESSOR, ETC. | FREQUENCY OF PAYMENTS | REGULAR MONTHLY PAYMENT AMOUNT | POST PETITION PAYMENTS NOT MADE | |
|---|---|---|---|---|
| | | | NUMBER | TOTAL DUE |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## III.  TAX LIABILITIES

FOR THE REPORTING PERIOD:                                                                 | August 31, 2017 |

GROSS SALES SUBJECT TO SALES TAX                                            n/a

TOTAL GROSS WAGES PAID + EMPLOYEE BONUSES [2]           $        3,844.50

| | TOTAL POST-PETITION AMOUNTS OWING | AMOUNT DELINQUENT | DATE DELINQUENT AMOUNT DUE |
|---|---|---|---|
| FEDERAL WITHHOLDING | $          - | $        - | $        - |
| EMPLOYEE STATE WITHHOLDING | $          - | $        - | $        - |
| FICA - EMPLOYER'S SHARE | $          - | $        - | $        - |
| FICA - EMPLOYEE'S SHARE | $          - | $        - | $        - |
| FEDERAL UNEMPLOYMENT | $          - | $        - | $        - |
| NON-EMPLOYEE STATE BACKUP WITHH | $          - | $        - | $        - |
| SALES AND USE | $          - | $        - | $        - |
| REAL PROPERTY | $          - | $        - | $        - |
| OTHER: (SPECIFY) | $          - | $        - | $        - |
| TOTAL: | $          - | $        - | $        - |

[2] Wages reported above for August 2017 are gross wages paid by the water company in August 2017 as reflected on payroll registers (does not include employee portion of payroll liabilities).

## IV.  AGING OF ACCOUNTS PAYABLE AND ACCOUNTS RECEIVABLE [3]
### VENDOR AND TRADING PARTNER AGINGS (INCLUDING INTERCOMPANY SALES)

| | ACCOUNTS PAYABLE (POST PETITION ONLY) | ACCOUNTS RECEIVABLE | |
| --- | --- | --- | --- |
| | | Pre - Petition | Post - Petition |
| 30 days or less | $                     - | $                     - | $                     - |
| 31 - 60 days | $                     - | $                     - | $                     - |
| 61 - 90 days | $                     - | $                     - | $                     - |
| 91 - 120 days | $                     - | $                     - | $                     - |
| Over 120 Days | $                     - | $                     - | $                     - |
| TOTALS: | $                     - | $                     - | $                     - |

## V.  INSURANCE COVERAGE [4]

| TYPE OF COVERAGE / PROPERTY | NAME OF CARRIER | AMOUNT OF COVERAGE | POLICY EXPIRATION DATE | PREMIUM PAID THROUGH |
| --- | --- | --- | --- | --- |
| Live Oak Springs Water Company/Live Oak Holding LLC - Commercial Utility Policy | Utility Resource Insurance | $1,000,000/$1,000,000/ $10,000/$1,000,000/ $3,000,000/$3,000,000 | 02/01/18 | 02/01/18 |
| Live Oak Enterprises, LLC - Workers Compensation and Employer's Liability | Teague Insurance Agency, Inc. | $1,000,000/$1,000,000/ $1,000,000 | 11/04/17 | 11/04/17 |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES [5]
### (TOTAL PAYMENTS)

| Quarterly Period Ending Ending | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid |
| --- | --- | --- | --- | --- |
| 12/03/13 - 12/31/13 | $           14,253.35 | $              325.00 | 03/27/14 | $              325.00 |
| 03/31/14 | $           50,310.35 | $              650.00 | 05/08/14; 09/23/14 | $              650.00 |
| 06/30/14 | $           31,816.75 | $              650.00 | 05/08/14; 09/23/14 | $              650.00 |
| 09/30/14 | $         113,419.90 | $              975.00 | 10/29/14 | $              975.00 |
| 12/31/14 | $           49,352.16 | $              650.00 | 02/05/15 | $              650.00 |
| 03/31/15 | $           33,107.27 | $              650.00 | 04/21/15 | $              650.00 |
| 6/30/15 [6] | $         468,391.20 | $           4,875.00 | 07/16/15; 3/3/17 | $           4,875.00 |
| 09/30/15 | $           30,858.54 | $              650.00 | 10/19/15 | $              650.00 |
| 12/31/15 | $           52,611.42 | $              650.00 | 02/01/16 | $              650.00 |
| 03/31/16 | $           48,892.43 | $              650.00 | 04/20/16 | $              650.00 |
| 06/30/16 | $           38,798.60 | $              650.00 | 07/20/16 | $              650.00 |
| 09/30/16 | $           37,868.23 | $              650.00 | 10/18/16 | $              650.00 |
| 12/31/16 [6] | $         392,783.17 | $           4,875.00 | 1/18/17; 3/3/17 | $           4,875.00 |
| 03/31/17 [7] | $         118,057.20 | $              975.00 | 04/17/17 | $           1,069.72 |
| 06/30/17 | $           29,243.49 | $              650.00 | 07/19/17 | $              650.00 |

[3] Due to the nature of the Debtor's available records, which are maintained separately and are not combined for the segments being reported on, the Trustee has no additional accounts payable, accounts receivable or current aging information to report .

[4] Insurance information set forth herein is based on information known to the Trustee at this time.  When applicable, this section will be updated to reflect insurance related payments made by the Trustee following his appointment, as well as updated expiration and paid through dates.

[5] Total disbursements by quarter do not include intercompany/interaccount transfers or transfers between Trustee/Water Company account(s) and the Resort Broker account for payroll and related payroll taxes, fees and expenses.

[6] Additional fees assessed by the US Trustee to reflect incorporation of disbursements paid through escrow related to property sales occurring in 2nd Q, 2015 and 4th Q, 2016.  Additional fees assessed paid in March, 2017.  The property sale is now reflected in Exhibit D.

[7] Total amount paid includes quarterly fee plus $94.72 interest.

VII. <u>SCHEDULE OF COMPENSATION PAID TO INSIDERS</u>

| NAME OF INSIDER | DATE OF ORDER AUTHORIZING COMPENSATION | AUTHORIZED GROSS COMPENSATION | GROSS COMPENSATION PAID THIS MONTH | FREQUENCY OF GROSS COMPENSATION |
|---|---|---|---|---|
| Nazar Najor (Member) | 07/31/14 | $1,881 | $0.00 | Allowed monthly (beginning December 2013) - includes health benefits |
| Lauren Najor | 01/10/17 | $22/hour; 10 hours/week | $880.00 | Semi-monthly (services beginning November 20, 2016) |

VIII. <u>SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS</u>

| NAME OF INSIDER | DATE OF ORDER AUTHORIZING PAYMENT | DESCRIPTION | AMOUNT PAID DURING MONTH |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## IX.  PROFIT AND LOSS STATEMENT - SUBJECT TO CHANGE [8]
### (ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative |
|---|---|---|
| Sales/Revenue: |  |  |
| Gross Sales/Revenue | $           - | $           - |
| Less: Returns/Discounts | - | - |
| Net Sales/Revenue |  |  |
|  |  |  |
| Operating Expenses: | - | - |
| Repairs and Maintenance | - | - |
| Gasoline | - | - |
| Office | - | - |
| Telephone / Communication | - | - |
| Utilities | - | - |
| Total Operating Expenses |  |  |
|  |  |  |
|  | - | - |
| Net Income/(Loss) from Operations |  |  |
|  |  |  |
| Non-Operating Income: | - | - |
| Other Income | - | - |
| Total Non-Operating Income |  |  |
|  |  |  |
| Non-Operating Expenses: | - | - |
| Legal and Professional | - | - |
| Total Non-Operating Expenses |  |  |
|  | - | - |
| Net Income / Loss (Including Non Operating Items) Before | - | - |
| Corporate Taxes | - | - |
| Net Income / Loss (Including Non Operating Items) | $           - | $           - |

[8] The Debtor does not maintain combined and comprehensive financial statements for the two entities being reported on herein.  The Trustee does not have adequate information to prepare a comprehensive/ cumulative income statement at this time.   Alternatively, a cumulative statement of DIP and Trustee receipts and disbursements has been prepared and is attached hereto as Exhibit D.

## X. <u>BALANCE SHEET</u> [9]
### (ACCRUAL BASIS ONLY)

| | Current Month End | Cumulative |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | | |
| Unrestricted Cash | $ - | $ - |
| Restricted Cash | - | - |
| Accounts Receivable | - | - |
| Inventory | - | - |
| Notes Receivable | - | - |
| Prepaid Expenses | - | - |
| Other (Itemize) | - | - |
| Total Current Assets | - | - |
| | | |
| Property & Equipment | - | - |
| Accumulated Depreciation | - | - |
| Net Property, Plant & Equipment | - | - |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | - | - |
| Other Assets (Itemize) | - | - |
| Total Other Assets | - | - |
| | | |
| TOTAL ASSETS | - | - |
| | | |
| **LIABILITIES** | | |
| Postpetition Liabilities: | | |
| Accounts Payable | - | - |
| Taxes Payable | - | - |
| Notes Payable | - | - |
| Professional Fees | - | - |
| Secured Debt | - | - |
| Other (Itemize) | - | - |
| Total Postpetition Liabilities | - | - |
| | | |
| Prepetition Liabilities: | | |
| Secured Liabilities | - | - |
| Priority Liabilities | - | - |
| Unsecured Liabilities | - | - |
| Total Prepetition Liabilities | - | - |
| TOTAL LIABILITIES | - | - |
| | | |
| **EQUITY:** | | |
| Prepetition Owners' Equity | - | - |
| Post petition Profit/ (Loss) | - | - |
| Direct Charges to Equity | - | - |
| TOTAL EQUITY | - | - |
| | | |
| TOTAL LIABILITIES & EQUITY | $ - | $ - |

[9] The Debtor does not maintain combined and comprehensive financial statements for the entities being reported on herein. The Trustee does not have adequate information to prepare a comprehensive/cumulative balance sheet at this time.

## XI . QUESTIONNAIRE

1.  Has the Debtor made any payments on its pre-petition unsecured debt, except as have been authorized by the Court?

    X   No.
    _____ Yes.  Explain _____
    _____

2.  Has the Debtor during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?

    X   No.
    _____ Yes.  Amount, to whom, and for what period? _____
    _____

3.  State what progress was made during the reporting period toward filing a Plan of Reorganization:
    N/A _____
    _____

4.  Describe potential future developments which may have a significant impact on the case.
    N/A _____
    _____

5.  Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.
    N/A _____

6.  Did you receive any exempt income this month, which is not set forth in the operating report?
    No.   X
    Yes. _____ If yes, please set forth the amounts and the source of the income.
    _____

7.  Other: On 03/03/17, the Trustee filed Amended Notices of Sales reporting the 2015 and 2016 sales of two properties in Boulevard, CA.  Property sales are now reflected in Exhibit D.
    _____

I, Richard M Kipperman, was appointed chapter 11 trustee of the bankruptcy estate of Live Oak Holding, LLC et al. on or about January 30, 2014. Pursuant to the Guidelines of the Office of the United States Trustee - Southern District of California, I have instructed my accountants, Squar, Milner, Peterson, Miranda & Williamson, LLP to prepare and review this monthly operating report.  Please see the attached disclosure statement for information relating to the preparation of this report. Notwithstanding the foregoing, I have fully read and understood the foregoing operating report and declare under penalty of perjury that the information enclosed herein is, with the above limitations, true and complete to best of my knowledge.

Date: 19 Sept 17

Richard M Kipperman, Chapter 11 Trustee

In re: Live Oak Holding, LLC
Trustee's Checking Account #8 (Water Company)
August 31, 2017

## TRUSTEE'S CHECKING ACCOUNT #8 (WATER COMPANY)
## BANK RECONCILIATION - EXHIBIT A

BALANCE PER BANK STATEMENT DATED:          08/31/17                    $    4,709.54

PLUS DEPOSITS IN TRANSIT (a):

| | DEPOSIT DATE | DEPOSIT AMOUNT | |
|---|---|---|---|
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |

TOTAL DEPOSITS IN TRANSIT                              $          -

LESS OUTSTANDING CHECKS (a):

| | CHECK NUMBER | CHECK DATE | CHECK AMOUNT |
|---|---|---|---|
| | 647 | 08/22/17 | $    (334.34) |
| | 648 | 08/22/17 | $     (58.75) |
| | 649 | 08/22/17 | $      (7.00) |
| | 651 | 08/25/17 | $    (807.36) |
| | 653 | 08/30/17 | $    (306.97) |
| | _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS                              $  (1,514.42)

BANK STATEMENT ADJUSTMENTS                            $  (1,514.42)

ADJUSTED BANK BALANCE                                 $   3,195.12

Exhibit A, Page 1

# CALIFORNIA BANK & TRUST

P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 6
This Statement: August 31, 2017
Last Statement: July 31, 2017

Account ▮▮▮▮▮▮▮▮

**DIRECT INQUIRIES TO:**
Customer Service  1 (800) 400-6080

0022155        4244-06-0000-CBT-PC0023-00020

LIVE OAK HOLDINGS LLC
BY DICK KIPPERMAN TRUSTEE
CHECKING ACCOUNT
PO BOX 3010
LA MESA CA 91944-3010

La Mesa
5500 Grossmont Center Dr. Ste 408
La Mesa, CA 91942-3016
(619) 462-2800

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Essentials Checking | ▮▮▮▮▮▮▮ | $4,709.54 | |

## BUSINESS ESSENTIALS CHECKING 2010424531

104    20

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 10,219.83 | 10,882.11 | 5,948.05 | 10,444.35 | 4,709.54 |

### 6 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 08/08 | 604.15 | DEPOSIT  5353094133 |
| 08/15 | 0.02 | SM DOLLAR DEPOSIT CORRECTION  5353044325 |
| 08/15 | 3,087.06 | DEPOSIT  5353044324 |
| 08/18 | 4,668.64 | DEPOSIT  5353043030 |
| 08/24 | 1,464.52 | DEPOSIT  5353019010 |
| 08/28 | 1,057.72 | DEPOSIT  5353075288 |

### 3 CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 08/01 | 2,439.29 | ONLINE XFER TO DDA ▮▮▮▮ ID: 000001129 2307403575 |
| 08/16 | 1,799.59 | ONLINE XFER TO DDA ▮▮▮▮ ID: 000003813 2307802537 |
| 08/31 | 1,709.17 | ONLINE XFER TO DDA ▮▮▮▮ ID: 000003911 2307803587 |

### 14 CHECKS PROCESSED

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 635 | 08/03 | 790.95 | 640 | 08/10 | 503.00 | 645 | 08/24 | 5,850.82 |
| 636 | 08/11 | 350.00 | 641 | 08/23 | 774.38 | 646 | 08/28 | 533.34 |
| 637 | 08/11 | 436.00 | 642 | 08/21 | 131.29 | 650* | 08/28 | 120.00 |
| 638 | 08/11 | 284.97 | 643 | 08/25 | 253.54 | 652* | 08/31 | 216.06 |
| 639 | 08/14 | 30.00 | 644 | 08/23 | 170.00 | | | |

* Not in check sequence

### AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

Exhibit A, Page 2





## CALIFORNIA BANK & TRUST

P.O. Box 489, Lawndale, CA 90260-0489

Page 3 of 6
August 31, 2017
LIVE OAK HOLDINGS LLC ███████

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|------|--------:|------|--------:|------|--------:|
| 08/01 | 7,780.54 | 08/14 | 5,989.77 | 08/23 | 10,870.23 |
| 08/03 | 6,989.59 | 08/15 | 9,076.85 | 08/24 | 6,483.93 |
| 08/08 | 7,593.74 | 08/16 | 7,277.26 | 08/25 | 6,230.39 |
| 08/10 | 7,090.74 | 08/18 | 11,945.90 | 08/28 | 6,634.77 |
| 08/11 | 6,019.77 | 08/21 | 11,814.61 | 08/31 | 4,709.54 |



A division of ZB, N.A. Member FDIC

0022155-0000002-0051415

**In re: Live Oak Holding, LLC**
**Trustee's Money Market Account #10 (Water Company Segregated Account)**
**August 31, 2017**

### TRUSTEE'S MONEY MARKET ACCOUNT #10 (WATER COMPANY SEGREGATED ACCOUNT)
### BANK RECONCILIATION - EXHIBIT B

BALANCE PER BANK STATEMENT DATED:          08/31/17                    $  18,447.33

PLUS DEPOSITS IN TRANSIT (a):

| DEPOSIT DATE | DEPOSIT AMOUNT |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                             $          -

LESS OUTSTANDING CHECKS (a):

| CHECK NUMBER | CHECK DATE | CHECK AMOUNT |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS                                              $          -

BANK STATEMENT ADJUSTMENTS                                           $          -

ADJUSTED BANK BALANCE                                                 $  18,447.33

**C|B** TRUST   CALIFORNIA BANK
TRUST

P.O. Box 489, Lawndale, CA  90260-0489

**Statement of Accounts**
Page 1 of 4
This Statement: August 31, 2017
Last Statement: July 31, 2017

Account ▬▬▬▬▬▬▬

**DIRECT INQUIRIES TO:**
Customer Service  1 (800) 400-6080

0010766              4244-06-0000-CBT-PG0021-00000

LIVE OAK HOLDINGS LLC
BY DICK KIPPERMAN TRUSTEE
PO BOX 3010
LA MESA CA  91944-3010

La Mesa
5500 Grossmont Center Dr. Ste 408
La Mesa, CA 91942-3016
(619) 462-2800

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Money Maximizer | ▬▬▬▬▬ | $18,447.33 | |

## BUSINESS MONEY MAXIMIZER 2010370269                                    922    0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 18,446.08 | 1.25 | 0.00 | 0.00 | 18,447.33 |

**1  DEPOSIT/CREDIT**

| Date | Amount | Description |
|---|---|---|
| 08/31 | 1.25 | INTEREST PAYMENT  0001844608 |

**0  CHARGES/DEBITS**

There were no transactions this period.

**0  CHECKS PROCESSED**

There were no transactions this period.

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

**DAILY BALANCES**

| Date | Balance |
|---|---|
| 08/31 | 18,447.33 |

A division of ZB, N.A. Member FDIC          EQUAL HOUSING LENDER

Exhibit B, Page 2

0010766-0000001-0019524

# CALIFORNIA BANK & TRUST

P.O. Box 489, Lawndale, CA  90260-0489

Page  3 of  4
August 31, 2017
LIVE OAK HOLDINGS LLC
▬▬▬▬▬

---

**INTEREST**

| | | | |
|---|---|---|---|
| Interest Earned This Interest Period | $1.25 | Number Of Days This Interest Period | 31 |
| Interest Paid Year-To-Date 2017 | $6.31 | Annual Percentage Yield Earned | 0.08% |

Current interest rate is 0.080% with no rate change this interest period

A division of ZB, N.A. Member FDIC

0010766-0000002-0019525

**In re: Live Oak Holding, LLC**
**Trustee's Checking Account #11 (Water Company Payroll/Tax)**
**August 31, 2017**

### TRUSTEE'S CHECKING ACCOUNT #11 (WATER COMPANY PAYROLL/TAX)
### BANK RECONCILIATION - EXHIBIT C

BALANCE PER BANK STATEMENT DATED:       08/31/17       $    3,037.43

PLUS DEPOSITS IN TRANSIT (a):

| DEPOSIT DATE | DEPOSIT AMOUNT |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT       $    -

LESS OUTSTANDING CHECKS (a):

| CHECK NUMBER | CHECK DATE | CHECK AMOUNT |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS       $    -

BANK STATEMENT ADJUSTMENTS       $    -

ADJUSTED BANK BALANCE       $    3,037.43

**CALIFORNIA BANK & TRUST**

P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 5
This Statement: August 31, 2017
Last Statement: July 31, 2017

Account

**DIRECT INQUIRIES TO:**
Customer Service 1 (800) 400-6080

0041535                4244-06-0000-CBT-PG0023-00004

LIVE OAK HOLDINGS LLC
BY DICK KIPPERMAN TRUSTEE
DEBTOR IN POSSESSION CASE 13-11672-LT11
PAYROLL/TAX ACCOUNT
PO BOX 3010
LA MESA CA 91944-3010

La Mesa
5500 Grossmont Center Dr. Ste 408
La Mesa, CA 91942-3016
(619) 462-2800

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Essentials Checking | | $3,037.43 | |

## BUSINESS ESSENTIALS CHECKING 5792200734                                                104    4

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 971.77 | 5,948.05 | 832.58 | 3,049.81 | 3,037.43 |

### 3 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 08/01 | 2,439.29 | ONLINE XFER FROM DDA▮ ID: 000001129 2307403574 |
| 08/16 | 1,799.59 | ONLINE XFER FROM DDA▮ ID: 000003813 2307802536 |
| 08/31 | 1,709.17 | ONLINE XFER FROM DDA▮ ID: 000003911 2307803586 |

### 6 CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 08/02 | 29.83 | LIVE OAK ENTERPR PC FUN 1094 1094 REF # 017214004195981  1107833934 |
| 08/15 | 59.82 | EMPLOYMENT DEVEL EDD EF 26511386 REF # 017227002894993  1107536566 |
| 08/15 | 703.10 | IRS USATAXPYMT 274762722550125REF # 017226002414109  1107514540 |
| 08/17 | 29.83 | LIVE OAK ENTERPR PC FUN 1094 1094 REF # 017229004639701  1107728276 |
| 08/31 | 7.00 | MONTHLY MAINTENANCE FEE |
| 08/31 | 3.00 | PAPER STATEMENT FEE |

### 4 CHECKS PROCESSED

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 50112 | 08/07 | 1,315.10 | 50114 | 08/21 | 929.95 | 50115 | 08/24 | 402.38 |
| 50113 | 08/09 | 402.38 | | | | | | |

### AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.



A division of ZB, N.A. Member FDIC

0041535-0000001-0113940



**CALIFORNIA BANK & TRUST**

P.O. Box 489, Lawndale, CA 90260-0489

Page 3 of 5
August 31, 2017
LIVE OAK HOLDINGS LLC

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 08/01 | 3,411.06 | 08/15 | 900.83 | 08/21 | 1,740.64 |
| 08/02 | 3,381.23 | 08/16 | 2,700.42 | 08/24 | 1,338.26 |
| 08/07 | 2,066.13 | 08/17 | 2,670.59 | 08/31 | 3,037.43 |
| 08/09 | 1,663.75 | | | | |

Exhibit C, Page 3



A division of ZB, N.A. Member FDIC

In re: Live Oak Holding, LLC                                                                                                                DRAFT

**Summary of Receipts and Disbursements for the Period from August 1 through August 31, 2017** [1]

| | Current Period | Prior Period(s) | Cumulative |
|---|---|---|---|
| **Receipts:** | | | |
| Bank interest | $        1.25 | $      80.10 | $        81.35 |
| Deposits returned as NSF/insufficient funds (adjustment to prior receipts) | - | (72.99) | (72.99) |
| Operations (customer sales, store rent and mobile home park income) | 10,882.11 | 466,926.36 | 477,808.47 |
| Court awarded fees | - | 136,278.61 | 136,278.61 |
| Resort insurance refund | - | 782.25 | 782.25 |
| Utilities refund | - | 8,156.97 | 8,156.97 |
| Vendor refund | - | 2,968.56 | 2,968.56 |
| Insurance refund | - | 811.32 | 811.32 |
| Worker's Comp insurance refund | - | 1,740.27 | 1,740.27 |
| Proceeds from sale of liquor license | - | 45,693.84 | 45,693.84 |
| Proceeds from sale of real property [2] | - | 835,000.00 | 835,000.00 |
| | 10,883.36 | 1,498,365.29 | 1,509,248.65 |
| | | | |
| **Disbursements:** | | | |
| Administrative bank/finance charges and service fees | 10.00 | 3,401.09 | 3,411.09 |
| Bank account closing transfers/withdrawals/adjustment for errors | - | 300.00 | 300.00 |
| Advertising | - | 572.00 | 572.00 |
| Bond/land survey | - | 11,155.00 | 11,155.00 |
| Cellular telephone | 161.29 | 6,840.72 | 7,002.01 |
| Chapter 11 Trustee Bond | - | 500.00 | 500.00 |
| Court recording fees | - | 44.50 | 44.50 |
| Disbursements paid through Escrow [2] | - | 735,000.00 | 735,000.00 |
| Equipment and parts | - | 3,351.24 | 3,351.24 |
| Fuel | 538.51 | 14,632.46 | 15,170.97 |
| Health benefits | - | 4,538.78 | 4,538.78 |
| Insider compensation (includes medical benefits for N. Najor) | - | 16,925.22 | 16,925.22 |
| Insurance | 503.00 | 37,949.92 | 38,452.92 |
| Legal and professional fees (including engineering/consulting) | - | 128,439.18 | 128,439.18 |
| Legal and professional fees (per NOIA) | - | 68,000.00 | 68,000.00 |
| Licenses and permits | - | 19,944.28 | 19,944.28 |
| Management fees | - | 37,333.15 | 37,333.15 |
| Membership dues/fees | - | 718.00 | 718.00 |
| Notary services | - | 70.00 | 70.00 |
| Office supplies/miscellaneous expenses | 807.36 | 17,979.37 | 18,786.73 |
| Payroll (net) | 3,049.81 | 57,706.76 | 60,756.57 |
| Payroll (includes payroll taxes and other service fees (30%) paid to Cal Sur) | - | 42,299.94 | 42,299.94 |
| Payroll fees | 59.66 | 1,921.61 | 1,981.27 |
| Payroll taxes | 762.92 | 18,306.09 | 19,069.01 |
| Payroll insurance | - | 865.29 | 865.29 |
| Propane | - | 200.40 | 200.40 |
| Property taxes | - | 971.54 | 971.54 |
| Registered Agent service fees | - | 622.00 | 622.00 |
| Rent | 350.00 | 15,400.00 | 15,750.00 |
| Repairs and maintenance (includes Security) | - | 43,708.63 | 43,708.63 |
| Services - utility meter reading | - | 120.00 | 120.00 |
| State income taxes (FTB) | - | 5,150.00 | 5,150.00 |
| Storage | - | 2,478.60 | 2,478.60 |
| Telephone/internet | - | 12,366.84 | 12,366.84 |
| Tenant expenses | 436.00 | - | 436.00 |
| Tractor/vehicle maintenance | - | 10,701.25 | 10,701.25 |
| United States Trustee fees | - | 18,619.72 | 18,619.72 |
| Utilities | 707.06 | 69,853.40 | 70,560.46 |
| Vehicle and registration | 5,850.82 | - | 5,850.82 |
| Water testing/certification fees | 1,813.78 | 65,572.89 | 67,386.67 |
| Well drilling | - | 884.85 | 884.85 |
| | 15,050.21 | 1,475,444.72 | 1,490,494.93 |
| | | | |
| | $   (4,166.85) | $   22,920.57 | $   18,753.72 |

Notes:

*Sources:* Accounting and bank records for the month of August 2017 as maintained by the Debtor and the Trustee.

[1] Amounts reflected above do not include interaccount transfers made between accounts.

[2] On 3/3/17 the Trustee filed Amended Notices of Sales (Docket #s 303 and 304) reporting the sales of two properties in Boulevard, CA. A sale of 1.1 acres occurred in May, 2015. The gross sales price of the property was $425,000. All proceeds were used to pay debts and escrow charges related to the property. A sale of 88 acres occurred in October, 2016. The gross sales price of the property was $410,000. The Estate received a total of $100,000 from this sale ($50,000 in deposits outside of escrow and $50,000 paid through escrow) and the remaining proceeds were used to pay debt and escrow charges related to the property directly out of escrow and therefore do not appear on the Trustee's bank statements.