# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### Hearing Information:

|   |   |
|---|---|
| **Debtor:** | LIVE OAK HOLDING, LLC |
| **Case Number:** | 13-11672-LT11    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, FEBRUARY 14, 2019 10:00 AM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | RUSSELL PALUSO |
| **Reporter / ECR:** | JENNIFER GIBSON |

### Matters:

1) STATUS CONFERENCE ON CHAPTER 11 PETITION (fr 1/17/19)

2) MOTION FOR ORDER APPROVING BIDDING AND SALE PROCEDURES; APPROVING SALE OF WATER COMPANY AND RELATED ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. SECTION 363(f); AND GRANTING RELATED RELIEF FILED ON BEHALF OF RICHARD M KIPPERMAN

### Appearances:

KRISTIN MIHELIC, ATTORNEY FOR U.S. TRUSTEE
ABIGAIL O'BRIENT, ATTORNEY FOR RICHARD M. KIPPERMAN
RICHARD M. KIPPERMAN, CHAPTER 11 TRUSTEE
NAZAR NAJOR, MANAGER FOR LIVE OAK HOLDING, LLC
CHRISTOFER NOLAN, REPRESENTATIVE FOR CALIFORNIA PUBLIC UTILITIES COMMISSION (telephonically)

### Disposition:

1 & 2)  Continued to 2/28/19 at 2:00 p.m.

Overbidder to file the offer sheet and financial information by 2/21/19 as set forth on the record. Trustee to file a document that shows the scope of bid procedures of the Court by 2/21/19 as set forth on the record. California Public Utilities Commission may file their reply by 2/26/19 as set forth on the record.