# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## Minute Order

### *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | LIVE OAK HOLDING, LLC |
| **Case Number:** | 13-11672-LT11    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, FEBRUARY 28, 2019 02:00 PM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | SHAWNA ZUCCONI |
| **Reporter / ECR:** | JENNIFER GIBSON |

### *Matters:*

1) STATUS CONFERENCE ON CHAPTER 11 PETITION (fr 2/14/19)

2) MOTION FOR ORDER APPROVING BIDDING AND SALE PROCEDURES; APPROVING SALE OF WATER COMPANY AND RELATED ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. SECTION 363(f); AND GRANTING RELATED RELIEF FILED ON BEHALF OF RICHARD M KIPPERMAN (fr 2/14/19)

### *Appearances:*

RUBEN F. ARIZMENDI, ATTORNEY FOR NAZAR NAJOR, LAUREN NAJOR AND LIVE OAK HOLDING, LLC
NAZAR NAJOR PRESENT
LAUREN NAJOR PRESENT
ABIGAIL O'BRIENT, ATTORNEY FOR RICHARD M. KIPPERMAN
RICHARD M. KIPPERMAN, CHAPTER 11 TRUSTEE PRESENT
CHRISTOFER NOLAN, REPRESENTATIVE FOR CALIFORNIA PUBLIC UTILITIES COMMISSION
(telephonically)
KRISTIN MIHELIC, ATTORNEY FOR U.S. TRUSTEE

### *Disposition:*

1) Off calendar subject to restoration by Debtor or the U.S. Trustee as set forth on the record.

2) Granted as set forth on the record. The Court made a 363(m) good faith finding as set forth on the record. The 14-day stay and lodgment is waived. Order to be submitted by Ms. O'Brient.