# Notice Recipients

| District/Off: 0974–3 | User: Admin. | Date Created: 3/1/2019 |
|---|---|---|
| Case: 13–11672–LT11 | Form ID: pdfO1 | Total: 26 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| cr | Recovery Management Systems Corporation | |
| tr | Richard M Kipperman | teresaj@corpmgt.com |
| aty | Abigail O'Brient | aobrient@mintz.com |
| aty | Andrew Levin | ablevin@mintz.com |
| aty | Christopher Green | cgreen@bohmwildish.com |
| aty | Dennis J. Wickham | wickham@scmv.com |
| aty | Jennifer C. Wong | bknotice@mccarthyholthus.com |
| aty | Joseph R. Dunn | jrdunn@mintz.com |
| aty | Kristin A. Zilberstein | bknotifications@ghidottiberger.com |
| aty | Leslie Klott | bankruptcy@zievelaw.com |
| aty | Rodney Lorang | rodney.lorang@sdcounty.ca.gov |
| aty | Susan C. Stevenson | sstevenson@psdslaw.com |
| aty | Todd S. Garan | ch11ecf@aldridgepite.com |

TOTAL: 13

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Live Oak Holding, LLC | PO Box 1241    Boulevard, CA 91905 |
| ent | Jason J Zeller | California Public Utilities Commission    505 Van Ness Avenue    San Francisco, CA 94102 UNITED STATES |
| cr | The Watkins Firm | c/o PYLE SIMS DUNCAN & STEVENSON, APC    Attn: Susan C. Stevenson    401 B Street, Suite 1500    San Diego, CA 92101 |
| aty | Mintz Levin etc. | c/o Jeffry A. Davis, Esq.    3580 Carmel Mountain Road    Suite 300    San Diego, CA 92130 |
| cr | Ocwen Loan Servicing, LLC | Law Offices of Les Zieve    30 Corporate Park    Irvine, CA 92606 |
| acc | Squar, Milner, Peterson, Miranda & Williamson, LLP | San Diego    3655 Nobel Drive    Suite 450    San Diego, CA 92122 |
| cr | CitiMortgage, Inc. | c/o McCarthy & Holthus, LLP    1770 Fourth Avenue    San Diego, CA 92101 |
| cr | Nationstar Mortgage, LLC... | PO Box 619096    Dallas, TX 75261–9741 |
| intp | Daniel Najor | P.O. Box 1241    Boulevard, CA 91905 |
| intp | Ramsey Najor | P.O. Box 1241    Boulevard, CA 91905 |
| intp | Lauren Najor | P.O. Box 1241    Boulevard, CA 91905 |
| intp | Nazar Najor | P.O. Box 1241    Boulevard, CA 91905 |
| aty | Jason L. Zeller | California Public Utilities Commission    505 Van Ness Avenue    San Francisco, CA 94102 |

TOTAL: 13