CSD1187
05/15

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

**Live Oak Holding, LLC**
 PO Box 1241
Boulevard, CA 91905

Case number:  13–11672–LT11
Chapter:  11
Judge  Laura S. Taylor

Employer's Tax I.D. No.:  71–0933046
*Debtor Aliases:*   Live Oak Enterprises, LLC; Live Oak Spring Resort

## NOTICE OF HEARING

YOU ARE HEREBY NOTIFIED that the HEARING in this proceeding:

**Trustee's Emergency Motion for Order Dismissing Case, Authorizing Trustee to Distribute Funds and Granting Related Relief**

has been set for 5/28/19 at 03:00 PM, in Department 3, Room 129, Jacob Weinberger U.S. Courthouse, 325 West F Street, San Diego, CA 92101–6991.

Dated:  5/21/19

Barry K. Lander
Clerk of the Bankruptcy Court