**CSD 1183** [07/01/18]
Name, Address, Telephone No. & I.D. No.

Abigail V. O'Brient (SBN 265704)
Andrew B. Levin (SBN 290209)
Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
858-314-1500
858-314-1501

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
LIVE OAK HOLDING, LLC,

BANKRUPTCY NO. 13-11672-LT11

Tax I.D.(EIN)#: _____ /S.S.#:XXX-XX- _____    Debtor.

## NOTICE OF HEARING AND MOTION

TO: Nazar Najor; G10 Galuppo Law, a Professional Law Corporation; Louis Galuppo, Esq.; Daniel Watts, Esq.; Dominick Severance, Esq.; the Law Office of Christine E. Baur; Christine E. Baur, Esq.; the Office of the United States Trustee; the Debtor's Twenty Largest Creditors; and all parties requesting special notice:

**You are hereby notified** that on December 5, 2019, at 3:00 p.m, in Department 3, Room 129 of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California 92101-6991, there will be a hearing regarding the motion of Richard M Kipperman, chapter 11 trustee (the "Trustee"), Movant, for
(1) An order compelling Nazar Najor to withdraw his Motion for an Order to Show Cause Re: Contempt for Violation of the Court's Peremptory Writ of Mandate (the "State Court Motion"), which was filed on or about October 16, 2019 in Live Oak Holding Company, LLC, et al. v. Board of Supervisors of the County of San Diego, et al., case number 37-2011-00100974 pending the Superior Court of the State of California for the County of San Diego; and
(2) Imposing sanctions on Nazar Najor; G10 Galuppo Law, a Professional Law Corporation (and/or Louis Galuppo, Esq., Daniel Watts, Esq., and Dominick Severance, Esq.); and the Law Office of Christine E. Baur and/or Christine E. Baur, Esq. in an amount equal to the amount of attorneys' fees and costs incurred by the Trustee as a result of the filing of the State Court Motion.

Any opposition or other response to this motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F Street, San Diego, California 92101-6991, **not later than fourteen (14)[1] days from the date of service.**

DATED: November 7, 2019

/s/ Abigail V. O'Brient
[Attorney for] Moving Party
Richard M Kipperman, chapter 11 trustee

---

[1] Depending on how you were served, you may have additional time for response. See FRBP 9006.

**CSD 1183**


American LegalNet, Inc.
www.FormsWorkFlow.com

# CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on 7th day of November, 2019, I served a true copy of the within NOTICE OF MOTION AND HEARING, together with the following pleadings [describe any other papers] on the following persons listed below by the mode of service shown below:
List additional papers:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

   Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On November 7, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

## SEE ATTACHED SERVICE LIST

☐ Attorney for Debtor (or Debtor), if required:

☐ Chapter 7 Trustee:

☐ For Chpt. 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐ For ODD numbered Chapter 13 cases:
THOMAS H. BILLINGSLEA, JR., TRUSTEE
Billingslea@thb.coxatwork.com

☐ For EVEN numbered Chapter 13 cases:
DAVID L. SKELTON, TRUSTEE
admin@ch13.sdcoxmail.com
dskelton13@ecf.epiqsystems.com

2. **Served by United States Mail**:

   On November 7, 2019, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary pr oceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

## SEE ATTACHED SERVICE LIST

☐ Attorney for Debtor (or Debtor), if required:

CSD 1183


American LegalNet, Inc.
www.FormsWorkFlow.com

**CSD 1183 (Page 3)** [07/01/18]

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on November 7, 2019, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

## SEE ATTACHED SERVICE LIST

☐ Attorney for Debtor (or Debtor), if required:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on November 7, 2019                     /s/ Diane Hashimoto
                    (Date)                              (Typed Name and Signature)

                                                 2029 Century Park East, Suite 3100
                                                     (Address)

                                                 Los Angeles, CA 90067
                                                     (City, State, ZIP Code)

**CSD 1183**



## SERVICE LIST

**VIA NEF**
**13-11672-LT11 Notice will be electronically mailed to:**

Christine E. Baur on behalf of Interested Party Nazar Najor
christine@baurbklaw.com, admin@baurbklaw.com

Joseph R. Dunn on behalf of Trustee Richard M Kipperman
jrdunn@mintz.com, tlmayo@mintz.com;aobrient@mintz.com;docketing@mintz.com

Todd S. Garan on behalf of Creditor U.S. Bank National Association, as Trustee for HarborView Mortgage Loan Trust 2005-12
ch11ecf@aldridgepite.com, tgaran@aldridgepite.com;TSG@ecf.courtdrive.com

Christopher Green on behalf of Trustee Richard M Kipperman
chrisgreenucla@gmail.com, chrisgreenucla@gmail.com

Richard M Kipperman
teresaj@corpmgt.com, ca82@ecfcbis.com

Leslie Klott on behalf of Creditor Ocwen Loan Servicing, LLC
bankruptcy@zievelaw.com

Andrew Levin on behalf of Trustee Richard M Kipperman
ablevin@mintz.com, docketing@mintz.com

Rodney Lorang on behalf of Interested Party County of San Diego, Department of Environmental Health
rodney.lorang@sdcounty.ca.gov; salfaro@sdcounty.ca.gov

Kristin Mihelic on behalf of United States Trustee United States Trustee
Kristin.T.Mihelic@usdoj.gov, tiffany.l.carroll@usdoj.gov, Elizabeth.c.amorosi@usdoj.gov

Abigail O'Brient on behalf of Trustee Richard M Kipperman
aobrient@mintz.com, docketing@mintz.com;DEHashimoto@mintz.com; ABLevin@mintz.com; GJLeon@mintz.com

Susan C. Stevenson on behalf of Creditor The Watkins Firm
sstevenson@psdslaw.com, bonniec@psdslaw.com

United States Trustee
ustp.region15@usdoj.gov

Dennis J. Wickham on behalf of Creditor City National Bank
wickham@scmv.com, nazari@scmv.com

Jennifer C. Wong on behalf of Creditor U.S. Bank National Association, as Trustee for HarborView Mortgage Loan Trust 2005-12
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Kristin A. Zilberstein on behalf of Creditor CitiMortgage, Inc.
bknotifications@ghidottiberger.com; gbadmin@ecf.courtdrive.com

<u>VIA EMAIL</u>

Christofer Nolan
California Public Utilities Commission
505 Van Ness Avenue
San Francisco, CA 94102
Email:  Christofer.Nolan@cpuc.ca.gov

Kimberly M. Niemeyer
State Water Resources Control Board
California Division of Drinking Water
1001 I St.
Sacramento, CA 95814
Email:  Kim.Niemeyer@waterboards.ca.gov

<u>VIA FEDERAL EXPRESS</u>

San Diego County Tax Collector
Attn: Bankruptcy
1600 Pacific Highway, Room 162
San Diego, CA 92101-2477

Louis Galuppo
Daniel Watts
Dominick Severance
G10 Galuppo Law
A Professional Law Corporation
2792 Gateway Road, Suite 102
Carlsbad, California 92009

Nazar Najor
37715 Royal Oak Place
Boulevard, CA 91905

Christine E. Baur
Law Office of Christine E. Baur
4653 Carmel Mountain Road, Suite 308 #332
San Diego, CA 92130

**LIVE OAK 13-11672**

**SERVICE LIST**
**VIA U.S. MAIL**

| | | |
|---|---|---|
| Nazar Najor<br>P.O. Box 1321<br>Boulevard, CA 91905 | American Express<br>PO Box 0001<br>Los Angeles, CA 90096-8000 | Baker Corporation<br>1726 Don Lee Place<br>Escondido, CA 92029-1136\ |
| California Public Utilities<br>Commission/Attn. C. Reyes<br>505 Van Ness Avenue, Room 3000<br>San Francisco, CA 94102 | Cate Legal Group<br>7710 Balboa Avenue #316<br>San Diego, CA 92111-2254 | City National Bank<br>937 Lomas Santa Fe Drive<br>Solana Beach, CA 92075 |
| Clairemont Equipment<br>7651 Ronson Road<br>San Diego, CA 92111 | County of San Diego<br>Environmental Health<br>PO Box 129261<br>San Diego, CA 92112-9261 | Dudek<br>Engineering & Environmental<br>605 Third Street<br>Encinitas, CA 92024 |
| Franchise Tax Board<br>State of California<br>PO Box 942857<br>Sacramento, CA 94257-0531 | Frank B &Associates<br>134 Davis Street<br>Santa Paula, CA 93060 | Home Depot<br>PO Box 183175<br>Columbus, OH 43218-3175 |
| Home Depot<br>PO Box 182676<br>Columbus, OH 43218-2676 | Internal Revenue Service<br>PO Box 37900<br>Hartford, CT 06176-7900 | Lowe's Business/GECRB<br>PO Box 530970<br>Atlanta, GA 30353-0970 |
| Lowe's/GECRB<br>PO Box 530914<br>Atlanta, GA 30353-0914 | Rocky Vandergriff<br>PO Box 815<br>Seeley, CA 92273 | US Bank Credit<br>2955 Alpine Blvd.<br>Alpine, CA 91901 |
| Watkins Firm<br>4275 Executive Square #1020<br>La Jolla, CA 92037 | Wells Fargo<br>PO Box 54349<br>Los Angeles, CA 90054 | |